UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wefky Wael Wefky Abdelrahman,

Petitioner,

-against-

Acting Field Office Director of New York Immigration and Customs Enforcement, the Secretary of Homeland Security, the Attorney General,

Respondents.

26-CV-7865 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the habeas corpus petition. Dkt. 1. The petition is partially granted as follows:

> Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

Respondents are ordered to file their response to the pending petition for habeas corpus by **September 14, 2026** at **5:00 PM**. That briefing should address (1) the basis for petitioner's detention, (2) the circumstances of the arrest, (3) whether petitioner has previously been detained in immigration custody and released (and under what authority), and (4) what process petitioner was given.

The Clerk of Court is respectfully directed to send a copy of this order to Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge