UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEFKY WAEL WEFKY ABDELRAHMAN,
by his next friend Thania Vivar,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

26-CV-7865 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the Government's response to the pending petition for habeas corpus. Dkt. 7. Petitioner may submit a reply by **September 18, 2026**.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge