UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEFKY WAEL WEFKY ABDELRAHMAN, by his next friend Thania Vivar,

Plaintiff,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

26-CV-7865 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The petition for writ of habeas corpus is GRANTED IN PART. The government concedes that Abdelrahman's detention is governed by 8 U.S.C. § 1226(a). Dkt. 7 at 4 ("The position of the Department of Justice is that Petitioner's detention is likely governed by 8 U.S.C. § 1226(a), despite ICE's assertion of authority under § 1225(b)(2)(A)."); *see also J.G.O. v. Francis*, 2025 WL 3040142, at *5 (S.D.N.Y. Oct. 28, 2025) (holding that similarly situated petitioner was subject to 8 U.S.C. § 1226(a)). Accordingly, the Government should employ the steps it normally takes, including by conducting a custody determination, completing a *Velesaca* worksheet, and, if petitioner is denied release, promptly furnishing petitioner for a bond hearing before an immigration judge. All these steps should be completed within 14 days. The Government should furnish a letter on or before October 13, 2026, informing the Court that it has complied with this order.

The Court retains jurisdiction over this matter to ensure compliance. If a bond hearing is held, the Government shall inform the Court of the result and, unless Petitioner is ordered released, shall provide to the Court a transcript of the hearing within two days of it taking place.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge