UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEFKY WAEL WEFKY ABDELRAHMAN, by his next friend Thania Vivar,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

26-CV-7865 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Having heard nothing more from petitioner, the Clerk of Court is respectfully directed to enter judgment for the petitioner and close the case.

SO ORDERED.

Dated: November 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge