**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

WEFKY WAEL WEFKY ABDELRAHMAN,
by his next friend Thania Vivar,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 7865 (AS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 2, 2026, having heard nothing more from petitioner, judgment is entered for petitioner; accordingly, the case is closed.

**DATED:** New York, New York
November 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**